NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**BENNETT MARINE, INC.,**
*Plaintiff-Cross Appellant,*

v.

**LENCO MARINE, INC. AND
RICHARD DEVITO, JR.,**
*Defendants-Appellants,*

AND

**RINKER BOAT COMPANY AND
KIM SLOCUM,**
*Defendants.*

---

2012-1336, -1354

---

Appeals from the United States District Court for the Southern District of Florida in case no. 04-CV-60326, Judge Kenneth A. Marra.

---

## ON MOTION

---

## ORDER

Lenco Marine, Inc. and Richard De Vito, Jr. move for a 90-day extension of time, until September 17, 2012, to file their initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 2 4 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Eric C. Christu, Esq.
    James A. Gale, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 4 2012

JAN HORBALY
CLERK